UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-03937-SSC                Date: March 31, 2026

Title      AEA Ribbon Mics Inc. v. Warm Audio LLC, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause re Failure to Defend**

On July 8, 2025, Plaintiff AEA Ribbon Mics Inc. filed the first amended complaint (FAC).  (ECF 21.)  On September 8, 2025, Defendant Warm Audio LLC moved to dismiss the FAC.  (ECF 24.)  On February 13, 2026, the Court denied the motion to dismiss.  (ECF 38.)  Defendant failed to file and serve an answer by February 27, 2026, *i.e.*, within 14 days after notice of the court's denial of the motion as required by Rule 12 of the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 12(a)(4)(A) ("[I]f the court denies the motion . . . the responsive pleading must be served within 14 days after notice of the court's action[.]").

Accordingly, Defendant is ORDERED TO SHOW CAUSE, in writing, no later than **April 13, 2026**, why the Court should not entertain a request for entry of default by Plaintiff.  The Court will

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-03937-SSC                     Date: March 31, 2026

Title        AEA Ribbon Mics Inc. v. Warm Audio LLC, et al.


consider as an appropriate response to this order to show cause the filing of an *ex parte* application or stipulation to submit a late-filed answer to the FAC, upon filing of which, this order to show cause will be discharged automatically.  If Defendant fails to respond timely to this order, Plaintiff may file a request for entry for default.


**IT IS SO ORDERED.**

                                                                           :

                                                Initials of Preparer        **ts**