UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEA RIBBON MICS INC., Plaintiff, v. WARM AUDIO LLC, et al., Defendants. | Case No. 2:25-cv-03937-SSC<br><br>JUDGMENT |

Pursuant to the Order of Dismissal filed concurrently herewith, **IT IS ADJUDGED** that:

1. Plaintiff's claims are voluntarily dismissed with prejudice, and this action is dismissed with prejudice; and
2. The Clerk of Court is directed to close this case.

DATED: October 16, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE